UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DALE LEE CRAWFORD, | ) | |
| | ) | CIVIL ACTION NO. |
| Movant, | ) | |
| | ) | 3:16-CV-1753-G (BH) |
| VS. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| Respondent. | ) | 3:03-CR-067(01)-G |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the U.S. Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the government's request for a stay is **DENIED**, the motion to vacate, set aside or correct sentence filed under 28 U.S.C. § 2255 will be **GRANTED**, and the movant's sentence in Case No. 3:03-CR-067(01)-G will be **VACATED**, by separate judgment. A scheduling order for re-sentencing will be

issued in the criminal case.  **This order shall also be docketed in the criminal case.**

SO ORDERED.

January 28, 2019.

*(signed)* A. Joe Fish
A. JOE FISH
**Senior United States District Judge**